THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIME THOMAS, Appellant. [830 NYS2d 679]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Supreme Court, Erie County, Penny M. Wolfgang, J.—Criminal Possession Controlled Substance, 5th Degree). Present—Scudder, P.J., Centra, Lunn, Peradotto and Pine, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL WASHINGTON, Appellant. [830 NYS2d 679]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Supreme Court, Monroe County, Francis A. Affronti, J.—Attempted Robbery, 1st Degree). Present—Scudder, P.J., Centra, Lunn, Peradotto and Pine, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHALON WILLIAMS, Appellant. [830 NYS2d 924]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Supreme Court, Monroe County, Kenneth R. Fisher, J.—Attempted Assault, 2nd Degree). Present—Scudder, P.J., Centra, Lunn, Peradotto and Pine, JJ.